## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            }
                             } ss.
COUNTY OF NEW YORK           }

I, BRYAN ARCE, being sworn, deposes and says;

I am not a party to the action, am over eighteen (18) years of age and reside in Jersey City, New Jersey.

On August 15, 2007, I served the within Summons and Complaint, along with copies of the Affidavit of Service through the Secretary of State and Department of State Receipt, via Registered Mail with return receipt requested, by depositing a true copy thereof enclosed in a post-paid wrapper, with in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following:

Don King Productions, Inc.
501 Fairway Drive
Deerfield Beach, FL. 33441
(USPS Registered# RB8609-094-13US)

Don King Productions, Inc.
30 Rockefeller Plaza
NewYork, NY 10020
(USPS Registered# RB8609-094-00US)

_____
Bryan Arce

Sworn to before me on this
15th day of August, 2007

_____
Notary Public/State of New York

DEREK T. SMITH
Notary Public, State of New York
No. 02SM5046219
Qualified in New York County
Commission Expires July 3, 11

EX # 07CV6893

**AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE**

United States District Court Southern District of New York

Travis Simms

— against —                                                                 Plaintiff

Don King Productions, Inc.                                             Defendant

**State of New York**
**County of Albany** SS.:

Stephen Stracher, being duly sworn deposes and says that he is over the age of eighteen (18); that on the 8 day of August, 20 07 at the office of the Secretary of State, of the State of New York in the City of Albany, he served the annexed Civil Cover sheet, Summons in A Civil Action & Complaint on Don King Productions, Inc., the Defendant in this action, by delivering to and leaving with Amy Lesch, a clerk in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 1 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40⁰⁰ Dollars. That said service was pursuant to Section 307 of the Business Corporation Law or Section _____ of the Vehicle and Traffic Law.

Deponent further says that he knew the person so served as forsaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) | Other identifying features: |
|---|---|---|---|---|---|---|
| ☐ Male ☒ Female | ☐ Black ☒ White ☐ | ☒ Light ☐ Med. ☐ Dark | 32 | 5'6" | 175 lbs. | |

Sworn to me, this 8ᵗʰ                                           _Stephen Stracher_ (signature)
                                                                                (Print Name Below Signature).
day of July, 20 07                                              Stephen Stracher

_Hilary Stracher Teitel_ (signature)

HILARY STRACHER TEITEL
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires Sept. 11, 20 09

```
                    State of New York - Department of State
                              Receipt for Service
```

Receipt #:  200708090134                              Cash #:  200708090126
Date of Service:  08/08/2007                          Fee Paid: $40 - CHECK


Service was directed to be made pursuant to:  SECTION 307 OF THE BUSINESS
    CORPORATION LAW

Party Served:  DON KING PRODUCTIONS, INC.


Plaintiff/Petitioner:
          SIMMS, TRAVIS


Service of Process Address:

,

                                                      Secretary of State
                                                         By   AMY LESCH