AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

TRAVIS SIMMS,

        Plaintiff,

**APPEARANCE**

-against-

Case Number: 07 CV 6893 (GEL)

DON KING PRODUCTIONS, INC.,

        Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for   defendant
    Don King Productions, Inc.

I certify that I am admitted to practice in this court.

| 9/7/2007 | [signature] |
|---|---|
| Date | Signature |

| Benard V. Preziosi, Jr. | BP-5715 |
|---|---|
| Print Name | Bar Number |

101 Park Avenue
Address

| New York | NY | 10178 |
|---|---|---|
| City | State | Zip Code |

| (212) 696-6198 | (212) 697-1559 |
|---|---|
| Phone Number | Fax Number |