AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|---|---|---|

TRAVIS SIMMS,

           Plaintiff,

   -against-

DON KING PRODUCTIONS, INC.,

           Defendant.

**APPEARANCE**

Case Number:  07 CV 6893 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant

Don King Productions, Inc.

I certify that I am admitted to practice in this court.

| 9/7/2007 | | | |
|---|---|---|---|
| Date | | Signature | |
| | Christopher C. Costello | | CC-6516 |
| | Print Name | | Bar Number |
| | 101 Park Avenue | | |
| | Address | | |
| | New York | NY | 10178 |
| | City | State | Zip Code |
| | (212) 696-6081 | | (212) 697-1559 |
| | Phone Number | | Fax Number |