AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

TRAVIS SIMMS,

    Plaintiff,

  -against-

DON KING PRODUCTIONS, INC.,

    Defendant.

**APPEARANCE**

Case Number: 07 CV 6893 (GEL)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for defendant
Don King Productions, Inc.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/7/2007 | _[signature]_ |
| Date | Signature |
| | Peter E. Fleming Jr.    PEF-1354 |
| | Print Name    Bar Number |
| | 101 Park Avenue |
| | Address |
| | New York   NY   10178 |
| | City   State   Zip Code |
| | (212) 696-6008    (212) 697-1559 |
| | Phone Number    Fax Number |