Benard V. Preziosi, Jr. (BP-5715)
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
*Attorneys for Defendant*
 *Don King Productions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRAVIS SIMMS,

                Plaintiff,    :    CIV. NO. 07 CV 6893 (GEL)

      -against-    :

                            **STIPULATION AND ORDER**

DON KING PRODUCTIONS, INC.    :

                Defendant.    :

-----------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Travis Simms and defendant Don King Productions, Inc. ("DKP"), that the time for DKP to move, answer or otherwise respond with respect to the complaint is extended until September 26, 2007.

Dated: New York, New York
       September 17, 2007

AKIN & SMITH, LLC

By: _____
Derek T. Smith
305 Broadway, Suite 1101
New York, NY 10007
Tel: (212) 587-0760
Fax: (212) 587-4169

Attorneys for Plaintiff Travis Simms

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP

By: _____
Benard V. Preziosi, Jr. (BP-5715)
101 Park Avenue
New York, NY 10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Defendant Don King
Productions, Inc.

3916027v1

So Ordered:

*[signature]*
Hon. Gerard E. Lynch
United States District Judge
9/18/07

09/17/2007 04:04  12125874169  LAW_OFFICES  PAGE 03/03