Benard V. Preziosi Jr. (BP-5715)
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
*Attorneys for Defendant*
 *Don King Productions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRAVIS SIMMS,

                   Plaintiff,      :

         -against-                 :      CIV. NO. 07 CV 6893 (GEL)

DON KING PRODUCTIONS, INC.     :

                 Defendant.     :

------------------------------------------------------------------X

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Travis Simms ("Plaintiff") and Don King Productions, Inc. ("Defendant"), through their undersigned counsel, that this Action is hereby dismissed with prejudice, with each party bearing its own attorney's fees and costs.

Dated: New York, New York
       September 21, 2007

AKIN & SMITH, LLC

By: _____
Derek T. Smith
305 Broadway, Suite 1101
New York, NY 10007
Tel: (212) 587-0760
Fax: (212) 587-4169

Attorneys for Plaintiff Travis Simms

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP

By: _____
Benard V. Preziosi, Jr.
101 Park Avenue
New York, NY 10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Defendant Don King Productions, Inc.

SO ORDERED:
_____
3921416v2      USDJ
9/24/07